UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

    -v.-                            :    NOLLE PROSEQUI

JAVIER MARTIN-ARTAJO and             :    13 Cr. 707 (LGS)
JULIEN GROUT,
                                               :
        Defendants.
                                               :
- - - - - - - - - - - - - - - - - - x

        1.    The filing of this nolle prosequi will dispose of this case against JAVIER MARTIN-ARTAJO and JULIEN GROUT, the defendants.

        2.    On September 16, 2013, Indictment 13 Cr. 707 (LGS) was filed, which charged that JAVIER MARTIN-ARTAJO and JULIEN GROUT, the defendants, conspired to falsify books and records of their employer, JPMorgan Chase & Company ("JPM"), to commit wire fraud, to make false filings with the Securities and Exchange Commission ("SEC"), and to commit securities fraud, in violation of Title 18, United States Code, Section 371 (Count One); falsified the books, records and accounts of JPM, in violation of Title 15, United States Code, Sections 78m(b)(2)(A), 78m(b)(5) and 78ff, Title 17, Code of Federal Regulations, Section 240.13b2-1, and Title 18, United States Code, Section 2 (Count Two); committed wire fraud, in violation of Title 18, United States Code, Sections 1343 and 2 (Count

Three); made false filings with the SEC, in violation of Title 15, United States Code, Sections 78m(a) and 78ff, Title 17, Code of Federal Regulations, Sections 240.13a-11 and 240.13a-13, and Title 18, United States Code, Section 2 (Count Four); and committed securities fraud, in violation of Title 15, United States Code, Sections 78j(b) and 78ff, Title 17, Code of Federal Regulations, Section 240.10b-5, and Title 18, United States Code, Section 2 (Count Five).

    3.    JAVIER MARTIN-ARTAJO and JULIEN GROUT, the defendants, reside outside of the country and have refused to appear in this District with regard to this matter and efforts to secure their appearance, including through extradition, have been unsuccessful or deemed futile.

    4.    The Government sought charges in this matter based in part on the Government's anticipated ability to call as a trial witness Bruno Iksil, a former colleague at JPM of the two charged defendants. Based on a review of recent statements and writings made by Iksil, however, the Government no longer believes that it can rely on the testimony of Iksil in prosecuting this case. Based on these developments, among other things, the Government has decided to dismiss the charges pending against the defendants.

5. Accordingly, the Government recommends that an order of nolle prosequi be filed as to JAVIER MARTIN-ARTAJO and JULIEN GROUT, the defendants, in the above-captioned matter.

MICHAEL FERRARA
DANIEL S. GOLDMAN
Assistant United States Attorneys
Tel.: (212) 637-2526/2289

Dated:   New York, New York
         July 21, 2017

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of nolle prosequi be filed as to JAVIER MARTIN-ARTAJO and JULIEN GROUT, the defendants, with respect to Indictment 13 Cr. 707 (LGS).

JOON H. KIM
Acting United States Attorney
Southern District of New York

Dated:   New York, New York
         July 21, 2017

SO ORDERED:

HONORABLE LORNA G. SCHOFIELD
United States District Judge
Southern District of New York

Dated:   New York, New York
         July __, 2017

3